# ELECTRONIC RECORD

COA # 02-13-00032-CR     OFFENSE: 19.02

STYLE: Keven Young v. The State of Texas     COUNTY: Denton

COA DISPOSITION:     AFFIRM     TRIAL COURT: 362nd District Court

DATE: 08/29/14          Publish: NO     TC CASE #:     F-2011-0122-D

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Keven Young v. The State of Texas     CCA #: 1378-14

_____APPELLANT'S_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____REFUSED_____     JUDGE: _____

DATE: 03/18/2015     SIGNED: _____          PC: _____

JUDGE: Per Curiam     PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**